UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:14-CV-00638-JGH

NORMAN DUKES, III                                                                 PETITIONER

v.

AARON SMITH, Warden,
Kentucky State Reformatory                                                        RESPONDENT

**MEMORANDUM OPINION AND ORDER**

    Petitioner, Norman Dukes, is a Kentucky prisoner who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241. The petition challenged the refusal of Respondent to credit Dukes' current sentence of imprisonment with three years and four months of time that Dukes previously spent on parole supervision. Respondent denied Petitioner's request for such credit.

    Upon filing the petition, the matter was submitted to the Magistrate Judge who issued Findings of Fact, Conclusions of Law and a recommendation that the petition be dismissed with prejudice and that Petitioner be denied a certificate of appealability. Petitioner has not responded or otherwise objected to the Magistrate Judge's report. The Court has reviewed the Magistrate Judge's recommendation and agrees with it completely.

    Being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that the petition pursuant to 28 U.S.C. §2241 is DISMISSED WITH PREJUDICE and Petitioner is DENIED a certificate of appealability.

    This is a final and appealable order.

cc: Norman Dukes, III, Pro Se
      Counsel of Record
      Magistrate Judge Dave Whalin